**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION NO. 14-323-6** |
| | : | |
| **RONELL WHITEHEAD** | : | |

**ORDER**

This 4th day of August, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion pursuant to 28 U.S.C. § 2255, ECF 1441, and Motion to appoint counsel, ECF 1442, are **DENIED.**

There is no basis on which to grant a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge